[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 18, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-10519

_____

D. C. Docket No. 06-00249-CV-FTM-29-SPC

ANNA L. BROWN,

                                                                Plaintiff-Appellant,

                                        versus

THE FLORIDA BAR,

                                                                Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(September 18, 2007)**

Before BIRCH, BARKETT and COX, Circuit Judges.

PER CURIAM:

        Anna L. Brown appeals the district court's order dismissing her complaint

against the Florida Bar.  The district court found that the Florida Bar was entitled

to sovereign immunity under Eleventh Amendment, or in the alternative, absolute immunity, and was therefore immune from suit. Brown acknowledges that in Kaimowitz v. The Florida Bar, 996 F.2d 1151 (11th Cir. 1993), we held that "the Eleventh Amendment prohibits actions against . . . state bars." Kaimowitz, 996 U.S. at 1155. Under the prior precedent rule, Kaimowitz bars Brown's claim.

**AFFIRMED.**